IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTILLION DATA SYSTEMS, LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>AVOLENT, INC.,<br><br>         Defendant. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff certifies that Plaintiff does have a parent corporation, CTI Group (Holdings), Inc. and CTI Group (Holdings), Inc. owns ten percent (10%) or more of its membership interest.

BLANK ROME LLP

By: _Dale R. Dubé_
    Neal C. Belgam (I.D. No. 2721)
    Dale R. Dubé (I.D. No. 2863)
    1201 Market Street, Suite 800
    Wilmington, DE  19801
    (302) 425-6400
    belgam@blankrome.com
    dube@blankrome.com

OF COUNSEL:

Grant S. Palmer
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103-6299
(215) 569-5500
palmer@blankrome.com

Michael C. Greenbaum
Joel R. Wolfson
Denise Lane-White
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 772-5800
greenbaum@blankrome.com
wolfson@blankrome.com
lane-white@blankrome.com

Attorneys for Plaintiff

Dated: September 30, 2005

2