# UNITED STATES DISTRICT COURT

United States District Court   District of   Delaware

CENTILLION DATA SYSTEMS, LLC.

**SUMMONS IN A CIVIL CASE**

V.

AVOLENT, INC.

CASE NUMBER:   0 5 - 7 1 2

TO: (Name and address of Defendant)

Avolent, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neal C. Belgam
Dale R. Dube
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within ____Twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                              9/30/05

CLERK                                                         DATE

_E L Strickler_ (signature)

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 10/19/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MICHAEL HAMBLETON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☑ Other (specify): PERSONALLY SERVED AVOLENT, INC. by SERVING ITS REGISTERED AGENT, THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE RD, WILM DE 19808 AT 12:45PM PERSON ACCEPTING SERVICE: MARY DRUMMOND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-19-05          *Michael J Hambleton*
              Date              Signature of Server

PARCELS INC
230 N MARKET ST
WILM DE 19801
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.