**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CENTILLION DATA SYSTEMS, LLC, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 05-712 |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| AVOLENT, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On this _____ day of _____, 2005, came for consideration Avolent Inc.'s Motion to Stay Action Pending Reexamination of the '270 Patent. Having reviewed Avolent's Motion and Memorandum, Centillion's Response thereto, and Avolent's Reply, the Court is of the Opinion that Avolent's Motion should be granted.

IT IS THEREFORE ORDERED that:

1) Avolent's Motion to Stay Action Pending Reexamination is GRANTED;

2) Centillion shall notify the court immediately upon the completion of the reexamination, at which point, this stay shall be lifted; and

3) Avolent shall have 14 days following Centillion's notification of the completion of the reexamination in which to file its response to the complaint herein.

SO ORDERED on this _____day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE