IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTILLION DATA SYSTEMS, LLC, a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) C. A. No. 05-712-JJF ) |
| v. | ) JURY TRIAL DEMANDED ) |
| AVOLENT, INC., a Delaware corporation, | ) ) ) ) |
| Defendant. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of A. James Isbester of Isbester & Associates, LLP, 3160 College Avenue, Suite 203, Berkeley, CA 94705 to represent defendant Avolent, Inc, in this matter.

POTTER ANDERSON & CORROON, LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: November 17, 2005
707154

*Attorneys for Defendant Avolent Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 17, 2005    Signed:    /s/ A. James Isbester
                                      A. James Isbester
                                      ISBESTER & ASSOCIATES, LLP
                                      3160 College Avenue, Suite 203
                                      Berkeley, CA 94705
                                      Telephone: (510) 655-3014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 17, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Neal C. Belgam
Dale R. Dubé
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

I hereby certify that on November 17, 2005, I have Federal Expressed the documents to the following non-registered participants:

Grant S. Palmer
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103-6299

Michael C. Greenbaum
Joel R. Wolfson
Denise Lane-White
Blank Rome LLP
600 New Hampshire Avenue, NW
Washington, DC 20037

By:  /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

706630