IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTILLION DATA SYSTEMS, LLC, a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>AVOLENT, INC., a Delaware corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C. A. No. 05-712-JJF<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

**DEFENDANT AVOLENT, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Avolent, Inc. discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

A. James Isbester
Gillian W. Thackray
ISBESTER & ASSOCIATES, LLP
3160 College Avenue, Suite 203
Berkeley, CA 94705
Telephone: (510) 655-3014
Facsimile: (510) 655-3614

Dated: December 2, 2005
706805 / 29651

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Avolent, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 2, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Neal C. Belgam
Dale R. Dubé
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

I hereby certify that on December 2, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Grant S. Palmer<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103-6299 | Michael C. Greenbaum<br>Joel R. Wolfson<br>Denise Lane-White<br>Blank Rome LLP<br>600 New Hampshire Avenue, NW<br>Washington, DC 20037 |

By:   /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

706630