

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:* (302) 425-6467
*Fax:* (302) 428-5108
*Email:* dube@blankrome.com

January 9, 2006

**BY HAND AND CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    <u>Centillion v. Avolent</u>; C.A. No. 05-712-JJF

Your Honor:

    We represent Centillion, the plaintiff in the above-captioned matter. Although the defendant had moved to stay this action, the plaintiff respectfully requests that the Court hold an initial conference – in accordance with Fed. R. Civ. P. 16 and Del. L.R. 16.2 – for the purpose of setting a case scheduling order.

                        Respectfully submitted,

                        Dale R. Dube (#2863)

DRD:pb
cc:    Clerk of the Court
       Grant S. Palmer, Esq.
       Richard L. Horwitz, Esq. (by hand and CM/ECF)
       A. James Isbester, Esq. (by facsimile and Federal Express)