IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTILLION DATA SYSTEMS, LLC, | : |
| Plaintiff, | : C.A. No. 05-712 JJF |
| v. | : JURY TRIAL DEMANDED |
| AVOLENT, INC., | : |
| Defendant. | : |

# [PROPOSED] RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED THAT:

1. **Pre-Discovery Disclosures**. The parties will exchange by June 30, 2006 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties**. All motions to join other parties shall be filed on or before September 15, 2006.

3. **Discovery**.

    (a) Exchange of contention interrogatories, identification of fact witnesses, document production and depositions of fact witnesses shall be commenced so as to be completed by February 16, 2007.

    (b) Maximum of 50 interrogatories, including contention interrogatories, for each side.

    (c) Maximum of 75 requests for admission for each side.

117629.00150/21492891v.1

(d)     Maximum of 80 hours of depositions by plaintiff and 80 hours by defendant, including expert depositions, with no deposition of any individual to last more than seven hours. There shall be no hour limitation on Rule 30(b)(6) designees provided that such hours shall count toward a party's 80 hour maximum. Depositions shall not commence until discovery under Paragraph 3(a, b and c) is completed. The parties may serve additional written discovery within the limits of Paragraph 3(a, b and c) after depositions commence to explore new issues arising from depositions or on-going investigations.

(e)     Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff on damages and infringement and from the defendant on invalidity by February 28, 2007; followed by rebuttal reports, if any, by March 28, 2007.

(f)     Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties or ordered by the Court.

4.     **Discovery Disputes**.

(a)     A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b)     All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c)     Upon receipt of the Answer, the movant shall notify Chambers by e-mail at *jjf_civil@ded.uscourts.gov* that the dispute is ready for decision.

(d)     Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e)     There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5.    **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before September 30, 2006.

6.    **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before June 1, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7.    **Markman**. A Markman Hearing will be held on January __, 2007. Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8.    **Applications by Motion**.

(a)     Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may filed stipulated and unopposed Orders with the Clerk of the Court

for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

      (b)      No facsimile transmissions will be accepted.

      (c)      No telephone calls shall be made to Chambers.

      (d)      Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: *jjf_civil@ded.uscourts.gov*. The e-mail shall provide a short statement describing the emergency.

      9.      **Pretrial Conference and Trial**. After reviewing the parties' [Proposed] Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____, 2006

_____
Hon. Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE

117629.00150/21492891v.1