

*Phone:*  (302) 425-6467
*Fax:*    (302) 428-5108
*Email:*  dube@blankrome.com

June 26, 2006

**BY HAND DELIVERY AND CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *Centillion v. Avolent*; C.A. No. 05-712-JJF

Your Honor:

    Enclosed for the Court's consideration is a proposed Scheduling Order that has been jointly prepared by the parties to the above-captioned litigation. If the Court's calendar permits, the parties respectfully request a *Markman* hearing in the timeframe of January, 2007 (¶ 7).

    Counsel is available by telephone, should Your Honor have any questions.

                      Respectfully submitted,

                      Dale R. Dube (#2863)

DRD:pb
cc:    Clerk of the Court
       Grant S. Palmer, Esq.
       Richard L. Horwitz, Esq. (by hand and CM/ECF)
       David E. Moore, Esq. (by hand and CM/ECF)
       A. James Isbester, Esq. (by email and Federal Express)