## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTILLION DATA SYSTEMS, LLC,<br>a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 05-712-JJF |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| AVOLENT, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for defendant, hereby certifies that copies of the Initial

Disclosures of Defendant Avolent, Inc. were caused to be served on June 30, 2006, upon

the following attorneys of record at the following addresses as indicated:

### VIA FIRST CLASS MAIL

Neal C. Belgam
Dale R. Dubé
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Michael C. Greenbaum
Joel R. Wolfson
Denise Lane-White
Blank Rome LLP
600 New Hampshire Avenue, NW
Washington, DC 20037

Grant S. Palmer
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103-6299

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

A. James Isbester
Gillian W. Thackray
ISBESTER & ASSOCIATES, LLP
3160 College Avenue, Suite 203
Berkeley, CA 94705
Tel: (510) 655-3014
Fax: (510) 655-3614

Dated: July 5, 2006
739593 / 29651

By:    */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Avolent, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 5, 2006, the attached document was

hand-delivered to the following persons and was electronically filed with the Clerk of the

Court using CM/ECF which will send notification of such filing(s) to the following and

the document is available for viewing and downloading from CM/ECF:

Neal C. Belgam
Dale R. Dubé
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

I hereby certify that on July 5, 2006, I have Electronically Mailed the documents

to the following non-registered participants:

Grant S. Palmer
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103-6299
palmer@blankrome.com

Michael C. Greenbaum
Joel R. Wolfson
Denise Lane-White
Blank Rome LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
greenbaum@blankrome.com
wolfson@blankrome.com
lane-white@blankrome.com

By:    /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

706630