IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTILLION DATA SYSTEMS, LLC | : | |
| Plaintiff, | : | C.A. No. 05-712 JJF |
| v. | : | JURY TRIAL DEMANDED |
| AVOLENT, INC. | : | |
| Defendant. | : | |

## NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES

PLEASE TAKE NOTICE that Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1) were served, this seventh day of July, 2006, upon the following:

**By Email and Fed Ex:**
A. James Isbester
ISBESTER & ASSOCIATES, LLP
3160 College Avenue, Suite 203
Berkeley, CA 94705

**By Email and Hand Delivery:**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON, LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19801

Dated: July 7, 2006

_Dale R. Dubé_
Dale R. Dubé (I.D. #2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

117629.00150/40163317v.1