IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTILLION DATA SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-712 JJF |
| | ) | |
| AVOLENT, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that Centillion's First Set of Requests for the Production of Documents and Things Directed to Avolent. and this Notice of Service were served, this first day of August, 2006, upon the following counsel in the manner indicated:

**By EMAIL and HAND DELIVERY**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON, LLP
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19801

**By EMAIL and FEDERAL EXPRESS**

A. James Isbester
ISBESTER & ASSOCIATES, LLP
3160 College Avenue, Suite 203
Berkeley, CA 94705

BLANK ROME LLP

Dated: August 1, 2006

*Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com

- and -

Grant S. Palmer
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103-6299
(215) 569-5500
palmer@blankrome.com

Michael C. Greenbaum
Denise Lane-White
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 772-5800
greembaum@blankrome.com
wolfson@blankrome.com
lane-white@blankrome.com

2