IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTILLION DATA SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AVOLENT, INC. <br><br> Defendant. | Civil Action No. 05-712 JJF <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Centillion Data Systems, LLC and Defendant Avolent, Inc., who comprise all of the parties to the above-captioned action, hereby stipulate and agree that the Complaint and all claims and counterclaims in the above-captioned action are hereby dismissed with prejudice. Each party will bear its own costs and attorney's fees.

BLANK ROME LLP

By: /s/ Dale R. Dubé
   Dale R. Dubé (I.D. No. 2863)
   1201 Market Street
   Suite 800
   Wilmington, DE 19801
   (302) 425-6400
   dube@blankrome.com

Counsel for Plaintiff Centillion Data Systems, LLC

Dated: September 19, 2006

POTTER ANDERSON & CORROON, LLP

By: /s/ David E. Moore
   Richard L. Horwitz (I.D. No. 2246)
   David E. Moore (I.D. No. 3983)
   1313 North Market Street
   P.O. Box 951
   Wilmington, DE 19899
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

Counsel for Defendant Avolent, Inc.

117629.00150/40164645v.1