

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:* (302) 425-6467
*Fax:* (302) 428-5108
*Email:* dube@blankrome.com

September 19, 2006

**BY HAND DELIVERY AND CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *Centillion Data Systems, LLC v. Avolent, Inc.*; C.A. No. 05-712-JJF

Your Honor:

      Enclosed please find a courtesy copy of the parties' Stipulation of Dismissal with Prejudice, which was filed electronically today to terminate the above-captioned action.

      Counsel is available by telephone, should the Court have any questions.

                          Respectfully submitted,

                          Dale R. Dube (#2863)

DRD:pb
cc:    Clerk of the Court
       Richard L. Horwitz, Esq. (by hand and CM/ECF)
       David E. Moore, Esq. (by hand and CM/ECF)
       A. James Isbester, Esq. (by Federal Express)
       Grant S. Palmer, Esq.