IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTILLION DATA SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AVOLENT, INC.<br><br>        Defendant. | Civil Action No. 05-712 JJF<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Centillion Data Systems, LLC and Defendant Avolent, Inc., who comprise all of the parties to the above-captioned action, hereby stipulate and agree that the Complaint and all claims and counterclaims in the above-captioned action are hereby dismissed with prejudice. Each party will bear its own costs and attorney's fees.

| BLANK ROME LLP | POTTER ANDERSON & CORROON, LLP |
|---|---|
| By: /s/ Dale R. Dubé<br>    Dale R. Dubé (I.D. No. 2863)<br>    1201 Market Street<br>    Suite 800<br>    Wilmington, DE 19801<br>    (302) 425-6400<br>    dube@blankrome.com<br><br>Counsel for Plaintiff Centillion Data Systems, LLC | By: /s/ David E. Moore<br>    Richard L. Horwitz (I.D. No. 2246)<br>    David E. Moore (I.D. No. 3983)<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>Counsel for Defendant Avolent, Inc. |

Dated: September 19, 2006

117629.00150/40164645v.1